IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ERIKS G. LUSINS and | § | |
| SHELIA D. LUSINS | § | PLAINTIFFS |
| | § | |
| v. | § | CAUSE NO. 1:06CV646 |
| | § | |
| FIRST AMERICAN REAL ESTATE | § | |
| SOLUTIONS OF TEXAS, L.P. | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss [2] pursuant to FED. R. CIV. P. 12(b)(6) filed by Defendant First American Real Estate Solutions of Texas, L.P., the Court, after a full review and consideration of the Defendant's Motion, Plaintiffs' Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because the allegations of the Complaint fail to state a claim upon which relief can be granted, judgment is rendered in favor of the Defendant pursuant to FED. R. CIV. P. 12(b)(6). Plaintiffs' claims against the Defendant are hereby dismissed. All remaining pending motions are hereby rendered moot, and the parties shall bear their own costs.

**SO ORDERED AND ADJUDGED** this the 13th day of June, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE